UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:19-CV-383-JHM
*Electronically Filed*

MARY McCUTCHEON                                              PLAINTIFF

v.

MEIJER GREAT LAKES LIMITED PARTNERSHIP             DEFENDANT

## NOTICE OF REMOVAL

For its notice of removal of this action from the Jefferson Circuit Court in Jefferson County, Division Eight (8), to the United States District Court for the Western District of Kentucky, Louisville Division, Meijer Great Lakes Limited Partnership ("Meijer), states as follows:

1. On March 6, 2019, Plaintiff Mary McCutcheon ("Plaintiff") filed a Complaint in Jefferson Circuit Court, Civil Action No. 19-CI-01445. Meijer was served and received a copy of Plaintiff's Complaint on March 12, 2019.

2. On March 19, 2019, Meijer filed an Answer to Plaintiff's Complaint. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a) as *Exhibit A*.

3. Based upon the averments in the Complaint attached hereto, Meijer was unable to ascertain the amount Plaintiff sought in damages. Therefore, on March 19, 2019, Meijer served written discovery requests upon Plaintiff, attached hereto as *Exhibit B*.

4. Included in the written discovery requests was a Request for Admission asking Plaintiff to "[a]dmit that you are not now seeking, will not seek in the future, and will not accept, receive, collect, or attempt to collect any amount in compensatory damages, punitive damages,

9847409v.1

and/or any other damages collectively from Defendant that exceeds the sum or value of $75,000.00 exclusive of interest and costs." *See Exhibit B*.

5. On May 2, 2019, Plaintiff served her response upon Meijer denying the Request for Admission. *See Exhibit C*.

6. Interrogatory No. 11, propounded by Meijer on Plaintiff, asks Plaintiff to describe in detail all injuries she claims to have sustained as a result of the incident at issue. *See Exhibit B*. In response, Plaintiff stated, "Compression fracture of spine. Pain and suffering. Mental anguish and fear of lung cancer. Spot on lung. Back and shoulder pain." *See Exhibit C*.

7. Plaintiff also stated that she is seeking the following in damages: $8,349.00 in medical expenses and $500,000.00 in past, present, and future pain and suffering, including mental anguish. *See Exhibit C*.

8. Therefore, upon receipt of Plaintiff's discovery responses admitting that she is seeking in excess of $75,000.00 in damages, exclusive of interest and costs and learning more about the nature of the injuries she allegedly sustained as a result of the incident, Meijer has ascertained that this case is one that is or has become removable.

9. This Notice has been filed within thirty days after Meijer's receipt of service of "a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

10. According to allegations in Plaintiff's Complaint, Plaintiff is, at the time of filing this Notice of Removal and at the commencement of Civil Action No. 19-CI-01445, a citizen of Kentucky.

11. Meijer is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 19-CI-01445, a foreign

9847409v.1

corporation with its principal office located at 2929 Walker, N.W. in Grand Rapids, Michigan 49544.

12. Plaintiff's action against Meijer is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a)(1) because it is an action between citizens of different states and Meijer is not a citizen of Kentucky where the action was brought and the amount in controversy exceeds $75,000.

13. A copy of this Notice of Removal will be filed with the Clerk for the Jefferson Circuit Court and served upon other counsel of record.

Respectfully submitted,

*/s/ Lindsay M. Gray*
Lindsay M. Gray
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995
lindsay.gray@wilsonelser.com
*Counsel for Defendant*
*Meijer Great Lakes Limited Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Lindsay M. Gray

I further certify that on May 24, 2019, a copy of the foregoing was served via first class U.S. mail, postage prepaid, upon the following:

Andrew K. Gailor
Andrew K. Gailor, PLLC
730 West Market Street, Suite 100
Louisville, KY 40202
(502) 744-3825
andrewkinggailor@gmail.com
*Counsel for Plaintiff*

*/s/ Lindsay M. Gray*
*Counsel for Defendant*
*Meijer Great Lakes Limited Partnership*